**Alvie R. RUDASH, Petitioner,**

v.

**CONSOLIDATION COAL COMPANY; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 03–1051.

United States Court of Appeals, Fourth Circuit.

Submitted May 29, 2003.

Decided June 3, 2003.

Alvie R. Rudash, Petitioner pro se. Patricia May Nece, Barry H. Joyner, United States Department of Labor, Washington, D.C.; William Steele Mattingly, Jackson Kelly, P.L.L.C., Morgantown, West Virginia, for Respondents.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Alvie R. Rudash seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Rudash v. DOWCP,* No. 02–0296–BLA (BRB Nov. 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*